IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY BARBER,

 Petitioner,

v.                4:18cv123–WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

 Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 18) docketed January 16, 2019. The magistrate judge recommends that Larry Barber's petition for writ of habeas corpus be dismissed. Barber has filed objections (ECF No. 21) to the amended report and recommendation.

Having reviewed the record in light of Barber's objections, the undersigned finds no meritorious basis for rejecting the magistrate judge's amended report and recommendation. Among other things, Barber has not been authorized to file a

successive habeas corpus petition, and the petition fails to state any claims cognizable in a § 2254 action. Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Barber's petition for writ of habeas corpus (ECF No. 1) is DISMISSED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this     26th     day of     March    , 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE